**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

*Norfolk Division*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:15-cr-118** |
| | ) | |
| **PETER HUNG REIDY,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE

This notice is to inform the Court that John F. Butler, Special Assistant United States Attorney for the Eastern District of Virginia, will be handling matters for the United States in reference to the above-styled case.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:   \_\_\_\_\_//s//_____
John F. Butler
Special Assistant United States Attorney
Virginia State Bar No. 72788
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number:  757-441-6331
Facsimile Number: 757-441-6689
E-Mail Address: john.f.butler@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                /s/
                                     John F. Butler
                                     Special Assistant United States Attorney
                                     Virginia State Bar No. 72788
                                     Attorney for the United States
                                     United States Attorney's Office
                                     101 West Main Street, Suite 8000
                                     Norfolk, VA 23510
                                     Office Number:  757-441-6331
                                     Facsimile Number: 757-441-6689
                                     E-Mail Address: john.f.butler@usdoj.gov