FILED
IN OPEN COURT

DEC 30 2015

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 2:15cr118
)
PIETER HUNG REIDY, )
)
Defendant. )

## STATEMENT OF FACTS

By signing below, the parties and their respective counsel agree that if this case had gone to trial, the government's evidence would have established the following facts beyond a reasonable doubt:

1. In or about early July 2015, the Norfolk Police Department learned that the defendant, PIETER HUNG REIDY, was storing firearms in Norfolk, Virginia, within the Eastern District of Virginia.

2. On or about July 8, 2015, officers from the Norfolk Police Department secured a search warrant for the defendant's residence. There, they recovered a loaded Sig Sauer Model P229 9mm semi-automatic handgun and ammunition.

3. ATF agents investigating the case later recovered footage from Colonial Shooting Academy in Virginia Beach, Virginia, showing the defendant shooting a handgun.

4. The firearm recovered from the defendant's residence was determined to have been manufactured outside the Commonwealth of Virginia and thus transported in interstate or foreign commerce.



5. The defendant was previously convicted in 2004, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, of conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, and of possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D), each of which is a felony offense punishable by imprisonment for more than one year.

6. The acts taken by the defendant in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offense charged in this case. The defendant further acknowledges that he is obligated under his plea agreement to provide additional information about this case beyond that which is described in this statement of facts.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Andrew Bosse
Assistant United States Attorney
John Butler
Special Assistant United States Attorney

2



After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Pieter Hung Reidy, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Pieter Hung Reidy, Defendant

I am the attorney for defendant, Pieter Hung Reidy. I have carefully reviewed the above Statement of Facts with him. His decision to enter into this factual stipulation is knowing, intelligent, and voluntary.

_____
James Broccoletti, Esq., Counsel for the Defendant
Richard Doummar, Esq., Counsel for the Defendant

3